**Electronically Filed
Supreme Court
SCWC-14-0000883
16-DEC-2014
08:10 AM**

SCWC-14-0000883

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ZACHARY FRED BAILEY,
Respondent/Plaintiff-Appellee,

vs.

BURRELLE DAVID DUVAUCHELLE, TRUSTEE UNDER
DUVAUCHELLE FAMILY TRUST U/D/T DATED AUGUST 14, 2008,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000883; CIV. NO. 06-1-0218(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on November 6, 2014, is hereby accepted. No oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 16, 2014.

R. Steven Geshel and
Hayden Aluli,
for petitioner

Jade Lynne Ching and
Melissa M. Uhl,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

